UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DEAN ANTHONY GODING,

    Defendant.

_____/

Case No. 2:21-cv-32

Hon. Hala Y. Jarbou

## ORDER ADOPTING REPORT AND RECOMMENDATION

On September 22, 2022, Magistrate Judge Maarten Vermaat issued a Report and Recommendation (R&R) recommending that Defendant's guilty plea as to Count 1 be accepted. The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on October 6, 2022. Based on this, and on the Court's review of all matters of record, including the audio transcript of the plea proceedings,

    **IT IS ORDERED** that:

1. The R&R (ECF No. 27) is **APPROVED and ADOPTED** as the opinion of the Court.

2. Defendant's plea of guilty is accepted and Defendant is adjudicated guilty of the charges set forth in Count 1 of the Indictment.

3. The written plea agreement (ECF No. 24) is hereby continued under advisement pending sentencing.

4. Defendant shall remain detained pending sentencing.

Dated: October 13, 2022

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE